UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN SLAVENS, et al.,

        Plaintiffs,

Case No. 2:20-cv-13047

HONORABLE STEPHEN J. MURPHY, III

v.

MERITOR, INC., et al.,

        Defendants.

_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On August 25, 2021, Plaintiffs emailed the Court's chambers and disclosed that that the parties had reached a settlement agreement. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents to dismiss the case with prejudice no later than October 28, 2021. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

1

2

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice no later than **October 28, 2021**.

**SO ORDERED.**

                                                     s/ Stephen J. Murphy, III
                                                     STEPHEN J. MURPHY, III
                                                     United States District Judge

Dated: August 26, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2021, by electronic and/or ordinary mail.

                                                     s/ David P. Parker
                                                     Case Manager