INDEX OF EXHIBITS

Ex. A – Settlement Agreement

Ex. B – Plan of Allocation

Ex. C – Proposed Preliminary Approval Order (With Notice Attached as Ex. 1)

Ex. D – Proposed Final Approval Order

Ex. E – CAFA Notice