# EXHIBIT E

November __, 2021

**VIA FEDERAL EXPRESS**

[Department]
[Address]

Re:   *Slavens, et al. v. Meritor, Inc., et al.*,
        Case No. 2:20-cv-13047, (E.D. Mi.), Notice Pursuant to 28 U.S.C. § 1715

Dear Sir or Madam:

On behalf of Defendants Meritor, Inc., the Board of Directors of Meritor, Inc., the Meritor, Inc. Employee Benefits Plan Committee, Mike Lei, and Timothy Heffron (collectively "Defendants"), Angeion Corp., the Settlement Administrator, hereby provides this Notice of a Proposed Class Action Settlement in the above-referenced class actions pursuant to the Class Action Fairness Act of 2005 ("CAFA"). The proposed settlement will resolve the case.

In accordance with its obligations under CAFA, the Settlement Administrator encloses the following:

**(1)   The Complaint, any materials filed with the Complaint, and any Amended Complaints.**

Plaintiffs' Class Action Complaint, First Amended Complaint, and Second Amended Complaint filed in the *Slavens, et al. v. Meritor, Inc., et al.* case can be found on the enclosed CD as "Exhibit 1- Meritor Complaints."

**(2)   Notice of any scheduled judicial hearing in the class action.**

Addressee
November __, 2021
Page 2

The Court has not yet scheduled a fairness hearing regarding the settlement.  Once the Court sets a hearing date, such date(s) can be found on PACER as follows:  (1) enter PACER through https://ecf.mied.uscourts.gov/cgi-bin/login.pl, (2) click on "Query,"  (3) enter the civil case number, 2:20-cv-13047, (4) click on "Run Query," and (5) click on "Docket Report."  The order(s) scheduling hearing(s) will be found on the docket entry sheet.

 **(3)     Any proposed or final notification to class members.**

The proposed Notice of Class Action Settlement as submitted to the Court can be found on the enclosed CD as "Exhibit 2 – Notice of Class Action Settlement and Fairness Hearing to Class Members."

**(4)     Any proposed or final class action settlement.**

The Settlement Agreement entered into by the parties and as submitted to the Court can be found on the enclosed CD as "Exhibit 3 – Settlement Agreement."  There are no other agreements contemporaneously made between Class Counsel and counsel for the Defendants.

**(5)     A final judgment or notice of dismissal.**

Final judgment has not yet been entered.  Upon entry, a copy of the Final Order and Judgment will be available through PACER and can be accessed online as follows:  (1) enter PACER through https://ecf.mied.uscourts.gov/cgi-bin/login.pl, (2) click on "Query," (3) enter the civil case number, 2:20-cv-13047, (4) click on "Run Query," and (5) click on "Docket Report." The order(s) entering final judgment will be found on the docket entry sheet.

**(6)     Names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement.**

On the enclosed CD is a list of the currently known names of Class Members who reside in your state.  As of today, it is not feasible to identify the names of every Class Member who resides in your state; the list of names contained in the attached CD represents our best current estimate of the total number of Class Members resident in your state.  The specific settlement allocation to each Class Member will be determined by the Settlement Administrator according to a Court-approved formula.  As a result, we do not yet know which Class Members will receive settlement proceeds or how much each Class Member will receive, and it is not feasible to determine the estimated proportionate share of the claims of the Class Members who reside in each state to the entire settlement.  Upon final approval of the Court, the settlement proceeds will be distributed among the Class Members according to the Plan of Allocation as set forth in the Settlement Agreement.

Addressee
November __, 2021
Page 3

**(7)     Any written judicial opinion relating to the materials described in (3) to (5).**

The Court has not yet entered a Preliminary Approval Order or any opinions relating to the materials described in sections (3) to (5).  Upon entry, a copy of said Order or opinion can be found online through the process described in section (5) above.

Final judgment has not yet been entered.  Upon entry, a copy of said judgment can be found online through the process described in section (5) above.

If you have questions about this notice, the lawsuits, or the enclosed materials, please do not hesitate to contact me.

Sincerely,



Enclosures