# EXHIBIT B

# EXHIBIT B

## EDELSON LECHTZIN LLP and FINK BRESSACK PLLC

**Reported Hours and Lodestar**
Inception through February 22, 2022

| Timekeeper | Professional Status | Hours | Rate | Total Lodestar |
|---|---|---|---|---|
| Edelson, Marc H. (EL) | P | 74.4 | $925.00 | $68,820.00 |
| Lechtzin, Eric (EL) | P | 91.70 | $875.00 | $80,237.50 |
| Verderame, Liberato (EL) | SC | 7.3 | $725.00 | $5,292.50 |
| Kay Sickles (EL) | OC | 69.6 | $700.00 | $48,720.00 |
| Shoshana Savett (EL) | SC | 1.6 | $725.00 | $1160.00 |
| David Fink (FB) | P | 2.5 | $995.00 | $2487.50 |
| Nathan J. Fink (FB) | P | 39.5 | $635.00 | $25,082.50 |
| David A. Bergh (FB) | A | 1.0 | $475.00 | $475.00 |
| Glenn R. Gayer (FB) | A | 0.3 | $475.00 | $142.50 |
| **Grand Total** | | **287.9** | | **$232,417.50** |

**Role Legend**
P     Partner/Shareholder
SC    Senior Counsel
OC    Of Counsel
A     Associate
LC    Law Clerk
PL    Paralegal
I     Investigator
SA    Staff Attorney