UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| STEVEN SLAVENS, FRANK SLAVENS, and KEVIN LEVY, individually and as representatives of a class of participants and beneficiaries on behalf of the Meritor 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MERITOR, INC., the BOARD OF DIRECTORS OF MERITOR, INC., the MERITOR INC. EMPLOYEE BENEFITS COMMITTEE, MIKE LEI, TIMOTHY HEFFRON, and JOHN DOES 1-30,<br><br>Defendants. | Case No. 2:20-cv-13047<br><br>Hon. Stephen J. Murphy, III<br><br>Mag. Anthony P. Patti |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND AWARD OF LITIGATION EXPENSES

Plaintiffs Steven Slavens, Frank Slavens and Kevin Levy (collectively, "Named Plaintiffs"), by and through Edelson Lechtzin LLP and Fink Bressack PLLC (collectively, "Class Counsel"), respectfully move the Court for an Order amending the award of litigation expenses entered by the Court on April 14, 2022 (Dkt. 34). Pursuant to E.D. Mich. LR 7.1(a), counsel for Plaintiffs communicated with counsel for Defendants regarding the relief sought herein. Defendants do not oppose Plaintiffs' Motion.

Dated: April 15, 2022 /s/     *David Fink*
David Fink (P28235)
Nathan Fink (P75185)
FINK BRESSACK PLLC
38500 Woodward Avenue
Suite 350
Bloomfield, MI  48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

Eric Lechtzin (Fed. Bar 62096PA)
Marc Edelson (*pro hac vice*)
EDELSON LECHTZIN LLP
411 S. State Street, Suite N-300
Newtown, PA 18940
Tel: (215) 867-2399
elechtzin@edelson-law.com;
medelson@edelson-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEPHEN SLAVENS, FRANK SLAVENS, and KEVIN LEVY, individually and as representatives of a class of participants and beneficiaries on behalf of the Meritor 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MERITOR, INC., the BOARD OF DIRECTORS OF MERITOR, INC., the MERITOR INC. EMPLOYEE BENEFITS COMMITTEE, MIKE LEI, TIMOTHY HEFFRON, and JOHN DOES 1-30,<br><br>Defendants. | Case No. 2:20-cv-13047<br><br>Hon. Stephen J. Murphy, III<br><br>Mag. Anthony P. Patti |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO AMEND AWARD OF LITIGATION EXPENSES

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ........................................................................ ii

CONCISE STATEMENT OF ISSUES PRESENTED ........................................... iii

CONTROLLING OR MOST APPROPRIATE AUTHORITY ............................. iv

I.    INTRODUCTION ................................................................................... 1

II.   THE COURT SHOULD AWARD THE REQUESTED EXPENSES .............. 2

III.  CONCLUSION ...................................................................................... 3

## <u>TABLE OF AUTHORITIES</u>

**Cases**

*Blum v. Stenson,*
   465 U.S. 886 (1984)................................................................................2

*Marshall v. Northrop Grumman Corp.*, No. 16-CV-6794 AB (JCX), 2020 WL
   5668935 (C.D. Cal. Sept. 18, 2020) ......................................................2

## CONCISE STATEMENT OF ISSUES PRESENTED

1.      Whether the Court should amend its award of reimbursement of litigation expenses.

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

Pursuant to Local Rule 7.1(c)(2), Plaintiffs list the following authority as the most appropriate for the relief sought in their motion:

- *Blum v. Stenson*, 465 U.S. 886 (1984); and

- *Marshall v. Northrop Grumman Corp.*, No. 16-CV-6794 AB (JCX), 2020 WL 5668935 (C.D. Cal. Sept. 18, 2020)

Plaintiffs Steve Slavens, Frank Slavens, and Kevin Levy ("Named Plaintiffs"), by and through Edelson Lechtzin LLP and Fink Bressack PLLC ("Class Counsel"), respectfully move the Court for an Order amending the award of litigation expenses entered by the Court on April 14, 2022 (Dkt. 34).

## I.  INTRODUCTION

By Orders entered on April 14, 2022, this Court granted final approval of the Settlement of the instant Class Action (Dkt. 35), and granted Plaintiffs' motion for awards of attorney's fees, litigation expenses, and service awards to the class representative.[1] (Dkt. 34).

Pertinent to the instant motion, the Court awarded Class Counsel reimbursement of reasonable litigation expenses in in the amount of $5,248.98. *Id.* at PageID.1120. At the final approval hearing on April 12, 2022, Class Counsel advised the Court that they had incurred $1,061.18 of additional litigation-related expenses in travelling to the hearing.

For the reasons set forth below, Class Counsel suggests that such expenses are reasonable and should be approved by the Court. Concurrently filed with this motion is a [Proposed] Agreed Upon Order to Amend Plaintiffs' Awards of Expenses, which grants the relief requested herein.

---

[1]  Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Settlement Agreement.

## II.   THE COURT SHOULD AWARD THE REQUESTED EXPENSES

Included in the total negotiated amount are Class Counsel's hard costs – representing amounts that have already been advanced out of pocket by Class Counsel. This arrangement underscores the nature of the risk undertaken by Class Counsel and further justifies the award of the entire negotiated amount contemplated in the Settlement Agreement.

This Court may award reasonable expenses authorized by the parties' agreement. Fed. R. Civ. P. 23(h). Trial courts may determine what is reasonable based on an objective standard of reasonableness, *i.e.*, the prevailing market value of services rendered. *Blum v. Stenson*, 465 U.S. 886, 895 (1984).

Here, based on the Declaration filed contemporaneously herewith, Class Counsel requests reimbursement for common and routinely reimbursed litigation expenses incurred by Class Counsel in the amount of $1,061.18. Declaration of Eric Lechtzin in Support of Plaintiffs' Motion to Amend Award of Litigation Expenses at ¶ 2. The expenses incurred prosecuting the complex class action include costs of travel such as airfare, rideshare services, parking, meals and similar expenses.[2] *Id.*

---

[2] "Expenses such as reimbursement for travel, meals, lodging, photocopying, long-distance telephone calls, computer legal research, postage, courier service, mediation, exhibits, documents scanning, and visual equipment are typically recoverable." *Marshall v. Northrop Grumman Corp.*, No. 16-CV-6794 AB (JCX), 2020 WL 5668935, at *9 (C.D. Cal. Sept. 18, 2020) (internal quotations and citations omitted).

These litigation expenses are typically billed by attorneys to hourly fee-paying clients, and are the actual expenses of these services, without any markup. Class Counsel maintains appropriate back-up documentation for each expense. *Id*. at ¶ 3.

The additional expenses related to Class Counsel's attendance at the April 12, 2022 hearing, as follows:

| | |
|---|---|
| Airfare: | $921.36 (American Airlines PHL to DTW) |
| Parking: | $24.00 (PHL airport) |
| Parking: | $12.00 (Courthouse) |
| Rideshare: | $88.70 (Uber roundtrip to Courthouse) |
| Meals: | $15.12 (Atwater Brewery at DTW airport) |
| **Total:** | **$1,061.18** |

Based on the foregoing, Class Counsel should be entitled to receive out of the Settlement Amount reimbursement of their reasonable expenses in the amount of **$6,310.16**.

### III.  CONCLUSION

For the foregoing reasons, Class Counsel respectfully request that the Court grant Plaintiffs' motion, together with such other and further relief as to the Court may deem just and proper.

Dated: April 15, 2022                    Respectfully submitted,


                                         /s/ David H. Fink
                                         David Fink (P28235)
                                         Nathan Fink (P75185)
                                         FINK BRESSACK PLLC
                                         38500 Woodward Avenue
                                         Suite 350
                                         Bloomfield Hills, MI 48304
                                         Tel: (248) 971-2500
                                         dfink@finkbressack.com
                                         nfink@finkbressack.com

                                         Eric Lechtzin (Fed. Bar 62096PA)
                                         Marc Edelson (*pro hac vice*)
                                         EDELSON LECHTZIN LLP
                                         411 S. State Street, Suite N-300
                                         Newtown, PA 18940
                                         Tel: (215) 867-2399
                                         elechtzin@edelson-law.com
                                         medelson@edelson-law.com

                                         *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> Christopher J. Boran
> Samuel D. Block
> Morgan Lewis & Bockius LLP
> 110 N. Wacker Drive
> Chicago, IL 60606
> Tel: (312) 324-1000
> christopher.boran@morganlewis.com
> samuel.block@morganlewis.com
>
> Brian T. Ortelere
> Morgan Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103-2921
> Tel: (215) 963-5150
> brian.ortelere@morganlewis.com

*s/ Nathan J. Fink*
David Fink (P28235)
Nathan Fink (P75185)
