UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN SLAVENS, et al.,

        Plaintiffs,

v.

MERITOR, INC., et al.,

        Defendants.
                                /

Case No. 2:20-cv-13047

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND [36]

Plaintiffs Stephen Slavens, Frank Slavens. and Kevin Levy (collectively, "Named Plaintiffs"), came before the Court for hearing on April 12, 2022, at which time Class Counsel advised the Court that they had incurred additional expenses related to their attendance at the hearing, which were not included in their prior Motion and Proposed Order for an award of fees, expenses, and service awards. Due notice having been given and the Court having been fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Except as otherwise defined herein, all capitalized terms used in this Amended Order shall have the same meanings as ascribed to them in the Settlement Agreement executed by counsel on behalf of the Named Plaintiffs, all Class Members, and Defendants, respectively.

    1.    The Court **HAS** jurisdiction over the subject matter of the Action and over all Settling Parties, including all members of the Settlement Class.

2.      **Reimbursement of Litigation Expenses.** At the hearing on April 12, 2022, this Court stated for the record that Class Counsel's request for an award of expenses in the amount of $5,248.98 was reasonable and would be granted. Class Counsel advised the Court that they had incurred additional expenses related to their attendance at the hearing, as follows:

| | |
|---|---|
| Airfare: | $921.36 (American Airlines PHL to DTW) |
| Parking: | $24.00 (PHL airport) |
| Parking: | $12.00 (Courthouse) |
| Rideshare: | $88.70 (Uber roundtrip to Courthouse) |
| Meals: | $15.12 (Atwater Brewery at DTW airport) |
| **Total:** | **$1,061.18** |

3.      The foregoing expenses are reasonable and authorized by the parties' Settlement Agreement.

4.      Based upon the foregoing, the Court **AMENDS** Plaintiffs' award of litigation expenses. Class Counsel **SHALL BE ENTITLED TO RECEIVE** out of the Settlement Amount their reasonable costs and other expenses in the amount of $6,310.16.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to amend [36] is **GRANTED**.

**SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: April 18, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2022, by electronic and/or ordinary mail.

                                            s/ David P. Parker
                                            Case Manager